# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Physique Dalton, | JUDGMENT IN CASE |
| Petitioner(s), | 5:24-cv-00090-KDB |
| vs. | |
| United States of America, | |
| Respondent(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 3, 2024 Order.

April 3, 2024

Katherine Hord Simon, Clerk
United States District Court